

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

2/24/2021

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Salkauskaite v. Sephora USA, Inc. et al
USDC No: 18cv8507

Circuit Court No: 2018CH14379

Dear Clerk:

A certified copy of an order entered on 2/8/2021 by the Honorable Andrea R. Wood, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:   /s/ Michelle Copeland
      Deputy Clerk